# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Adam H. Offenhartz
Direct: +1 212.351.3808
Fax: +1 212.351.5272
AOffenhartz@gibsondunn.com

January 6, 2014

VIA ELECTRONIC FILING

Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:     *Bancorp Services, LLC, et al. v. American General Life Insurance Company*, No. 14-CV-9687

Dear Judge Caproni:

      This firm represents Defendant American General Life Insurance Company ("American General") in this action. In light of our recent retention, certain scheduling conflicts, and the close of the holiday season, American General has requested and Plaintiffs Bancorp Services, LLC and Addle Management LLC have agreed to a one-week extension, pending the Court's approval and schedule, of the time to submit the joint letter and proposed Civil Case Management Plan and Scheduling Order (collectively, the "Case Management Plan") from January 8, 2015 to January 15, 2015, and an adjournment of the Initial Pretrial Conference currently scheduled for January 16, 2015 until January 23, 2015, or such other date as the Court may decide. American General believes that this extension will allow it to participate more fully in the Initial Pretrial Conference, and will lead to a more efficient Initial Pretrial Conference process for the Court and the parties.

      We respectfully request that the Court grant this extension, as memorialized in the enclosed Stipulation and [Proposed] Order. This is Defendant's first request for an extension of time with respect to the Case Management Plan and the Initial Pretrial Conference. The Court previously granted a request on consent to extend by three weeks Defendant's time to respond to the complaint in this action.

      We thank the Court for its consideration of this request.

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Honorable Valerie Kaplan
January 6, 2014
Page 2

Respectfully submitted,

*[signature: Adam H. Offenhartz/mos]*

Adam H. Offenhartz

Cc: Marc E. Kasowitz, Esq.
    David S. Rosner, Esq.
    Joshua M. Greenblatt, Esq.
    Sarmad M. Khojasteh, Esq.
    *Attorneys for Plaintiffs Bancorp Services, LLC and Addle Management LLC*