UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BANCORP SERVICES, LLC and
ADDLE MANAGEMENT LLC,

        Plaintiffs,

    -against-

AMERICAN GENERAL LIFE INSURANCE
COMPANY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14 Civ. 9687 (VEC)

**STIPULATION AND [PROPOSED] ORDER**

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO SUBMIT CASE MANAGEMENT PLAN AND FOR ADJOURNMENT OF INITIAL PRETRIAL CONFERENCE

**WHEREAS**, the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order (collectively, the "Case Management Plan") is currently due on January 8, 2015;

**WHEREAS**, the Initial Pretrial Conference is currently scheduled for January 16, 2015 at 10:00 am; and

**WHEREAS**, the parties have agreed to seek a one-week extension of the time to submit the Case Management Plan, and an adjournment of the Initial Pretrial Conference for one week or at the Court's convenience thereafter;

**NOW THEREFORE**, it is hereby stipulated and agreed, subject to the approval of the Court, that the parties have until January 15, 2015 to submit the Case Management Plan; and that

the Initial Pretrial Conference will be adjourned until January 23, 2015 at 10:00 am, or such other date and time -- _____ at \_\_\_\_\_ -- as the Court may direct.

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br><br>By: _/s/_<br>Marc E. Kasowitz<br>David S. Rosner<br>Joshua M. Greenblatt<br>Sarmad M. Khojasteh<br><br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br><br>*Attorneys for Plaintiffs Bancorp Services, LLC and Addle Management LLC* | GIBSON, DUNN & CRUTCHER LLP<br><br>By: _/s/_ Adam H. Offenhartz /ms<br>Adam H. Offenhartz<br>James Hallowell<br>Alexander H. Southwell<br>M. Jonathan Seibald<br><br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br><br>*Attorneys for Defendant American General Life Insurance Company* |

SO ORDERED:

Dated: _____

_____
Honorable Valerie E. Caproni
United States District Court Judge