UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/16
```

-------------------------------------------------------------- X
BANCORP SERVICES, LLC and ADDLE MANAGEMENT LLC,

        Plaintiffs,

   -against-

AMERICAN GENERAL LIFE INSURANCE COMPANY,

        Defendant. X
--------------------------------------------------------------

14-CV-9687 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS on March 6, 2015, Defendant filed a Motion to Dismiss the Amended Complaint, it is hereby ORDERED that oral argument on Defendant's Motion shall be held on **February 5, 2016, at 2:00 p.m**. in Courtroom 443 of the Thurgood Marshall United States Courthouse.

**SO ORDERED.**

**Date: January 26, 2016**
   **New York, New York**

        **VALERIE CAPRONI**
        **United States District Judge**